FILED
CLERK, U.S. DISTRICT COURT

APR 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Gurben Dhillon DEFENDANT(S). | CASE NUMBER CR 07-1381-ABC ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __April 22__, ____, at __4:00__ ☐ a.m. / ☒ p.m. before the Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __4/16/10__            _____
                              U.S. District Judge/Magistrate Judge